UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 13-566 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| TODD ALAN RAMEY, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>:   Distribution of Child Pornography; Receipt of Child Pornography; Possession of Child Pornography

<u>Date of Detention Hearing</u>:   November 19, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by Complaint with distributing, receiving and possessing images explicitly depicting the forcible rape of infants and young children. A search of his residence allegedly yielded an organized collection of 14,000 images of child pornography and 1700 videos. Also discovered during the search of defendant's computer were emails and web chats in which he allegedly asserted that he had raped his 9 year old sister in law and engaged in sexual activity with his children's 14 year old babysitter. Defendant's ex-wife was 14 years old when she became pregnant as a result of having sex with the defendant, following which they married and had two children. Prior to his arrest, defendant had visitation with his children on alternate weekends and holidays and in the summer. His present girlfriend has six children between the ages of 18 and 10. Defendant currently resides across from a high school. Defendant's job requires him to drive in the areas of Lynnwood, Seattle and Tacoma.

2. Defendant poses a risk of nonappearance due to failures to appear in previous cases, although these incidents were a number of years ago. He poses a risk of danger due to the nature of the charges, the graphic nature of the images and emails seized by the government and prior criminal (non-prosecuted) behavior with a minor.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 19th day of November, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3